Christopher P. Stief
Scott C. Oberlander, Esq. (admitted *Pro Hac Vice*)
FISHER & PHILLIPS LLP
Two Logan Square, 12th Floor
100 N. 18th Street
Philadelphia, PA 19103
Telephone: (610) 230-6105
Email: dwalton@fisherphillips.com
soberlander@fisherphillips.com

John M. Orr, Esq.
Nevada Bar No. 14251
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3800
Email: jorr@fisherphillip.com
*Attorneys for Defendant Nicholas Takahashi*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NICHOLAS TAKAHASHI, <br><br> Defendant. | Case No.: 2:24-cv-02127-CDS-MDC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant NICHOLAS TAKAHASI, ("Defendant") will have an extension of time, up to and including February 18, 2025, to file its answer or otherwise respond to Plaintiff's Complaint. This is the first request for an extension of this deadline.

///

///

///

///

1

FP 53709062.1

1  This is the first request for an extension of this deadline.  Defendant requires this
2 extension because, during pendency of the deadline for Defendant to serve his
3 responsive pleading, the parties have been discussing the impact of the operative
4 arbitration agreement.

| SNELL & WILMER L.L.P. | FISHER & PHILLIPS LLP |
|---|---|
| By:/s/ Christian P. Ogata<br>JANINE C. PRUPAS, ESQ.<br>CHRISTIAN P. OGATA, ESQ.<br>1700 South Pavilion Center Drive<br>Suite 700<br>Las Vegas, Nevada 89135<br>Attorneys for Plaintiff | By: /s/ John M. Orr<br>SCOTT C. OBERLANDER, ESQ.<br>JOHN M. ORR, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**IT IS SO ORDERED**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 2/5/2025